# COURT MINUTES

## Magistrate Judge Lisette Reid

Atkins Building Courthouse - 3rd Floor Date: 09/21/2026 Time: 10:00 AM

Defendant: Joseph Felix Badio J#: 52721-506 Case #: 22-CR-20104-BECERRA

AUSA: Dwayne Williams Attorney:

Violation: Conspiracy to Kill or Kidnap Outside U.S Surr/Arrest Date: 09/20/2026 YOB: 1980

Proceeding: Initial Appearance CJA Appt: Lauren Krasnoff

Bond/PTD Held: ○ Yes ○ No Recommended Bond: Temp PTD

Bond Set at: $ Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Creole

Disposition: Defendant sworn; Defendant advised of rights and charges. Defendant's request for appointment of counsel; Granted. AFPD conflict. CJA Appointed. Government seeks PTD based on risk of flight and danger to community; Govt's ore tenus motion for PTD Hearing; Granted * Brady Order Given *

Time from today to ____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**

| | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | 9/28 | 10:00am | Duty | Miami |
| Prelim/Arraign or Removal: | 9/28 | 10:00 am | Duty | Miami |
| Status Conference RE: Financial eligibility | 9/28 | 10:00 am | Duty | Miami |

D.A.R. 10:28:40/12:11:39

Time in Court: 16 mins

s/Lisette Reid Magistrate Judge