UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CR-20104-BECERRA

UNITED STATES OF AMERICA,
Plaintiff,
vs.

JOSEPH FELIX BADIO,
Defendant.
_______________________________________/

**ORDER GRANTING DEFENDANT'S *ORE TENUS* MOTION FOR AN ORDER REQURING FDC-MIAMI TO FACILITATE IN-PERSON ATTORNEY-CLIENT VISITATION**

**THIS CAUSE** having come before the Court on the Defendant, JOSEPH FELIX BADIO's *ore tenus* Motion for Order Instruction FDC-Miami to Facilitate In-Person Attorney-Client Visitation and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is,

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

The Federal Bureau of Prisons is hereby directed and required to provide the Defendant, JOSEPH FELIX BADIO, Register Number 52721-506, and his defense counsel, and investigators, during visiting hours, upon defense counsel's request, full access to a private conference room designated for attorney visitation without a glass partition separating defense counsel from BADIO, at FDC-Miami or any other facility in which BADIO may be held at pending further proceedings in this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 16th day of October, 2026.

_______________________________________
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE