UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20104-JB

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOSEPH FELIX BADIO,

Defendant.

_______________________________________/

**ORDER GRANTING SECOND MOTION TO WITHDRAW AND APPOINT CONFLICT-FREE COUNSEL**

**THIS CAUSE** came before the Court upon Lauren F. Krasnoff's, Second Motion to Withdraw and Appoint Conflict-Free Counsel for Defendant, Joseph Felix Badio, and upon consideration of the unopposed motion, and being otherwise fully advised in the premises, it is hereby,

**ORDERED and ADJUDGED** the Second Motion to Withdraw and Appoint Conflict-Free Counsel is hereby **GRANTED.** Lauren F. Krasnoff is hereby relieved of all further responsibility with regard to the representation of Defendant Joseph Felix Badio in this cause.

This Court hereby appoints William R. Barzee, Esq. as counsel for Defendant Joseph Felix Badio.

**DONE and ORDERED**, at Miami, Florida, this 27th day of October, 2026.

_______________________________________

JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE