# COURT MINUTES

## Magistrate Judge Enjolique Lett (2 Defendants)

Atkins Building Courthouse - 10th Floor

Date: 11/04/2026 Time: 10:00 AM

Defendant: 1) Jospeh Felix Badio J#: 52721-506 Case #: 22-CR-20104-BECERRAI(s)(s)(s)(s)(s)(s)

AUSA: Alejandra Lopez Attorney: William Barzee - CJA nunc pro tunc 9/21/26

Violation: Conspiracy to Provide Material Support or Resources to Carry Out a Violation of Section 956 Resulting in Death

Proceeding: Status re: Partial Indigency/ARR/Detention Hrg. CJA Appt:

Bond/PTD Held: ☒ Yes ☐ No Recommended Bond: Temp Ptd

Bond Set at: $ STIP PTD with Right to Revisit Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______ x's a week/month by phone: ______ x's a week/month in pers
- ☐ Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ______
- ☐ Other: ______

Language: *Creole*

Disposition:
*Brady order given on 9/21/26*
Defendant's Ore Tenus motion for counsel – GRANTED. Defendant sworn. AFPD conflict – Defendant financially eligible for CJA appointment – CJA appointed. (nunc pro tunc 9/21/26). CJA Krassnoff – conflicted out of the case. Defendant Arraigned. Defense ore tenus request to enter standing Discovery Order – GRANTED. Government's ore tenus request for PTD – GRANTED pursuant to stipulated detention with the right to revisit. BRADY ORDER GIVEN

Time from today to ______ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R. 10:40:32 Time in Court: 19MINS